UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARELLANO, et al., | No. 1:14-cv-01837-AWI-MJS |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| CHRYSLER GROUP, LLC., | |
| Defendant. | |

Pursuant to the joint stipulation for dismissal with prejudice filed February 13, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   February 17, 2015                                    _____
                                                             SENIOR DISTRICT JUDGE

1